# Court of Appeals
# of the State of Georgia

ATLANTA,  January 14, 2021

*The Court of Appeals hereby passes the following order:*

**A21A0807. DEWAYNE DEON THOMAS v. THE STATE.**

In 2013, Dewayne Thomas pled guilty as a first offender to two controlled-substance offenses, and the trial court imposed a sentence that included a term of probation. In November 2020, Thomas filed a "Motion to Correct Sentence," in which he contended that the trial court had revoked his probation and first-offender status (after he violated the terms of his probation) and sentenced him to a total of 40 years in prison. The trial court denied the motion, and Thomas filed this direct appeal. We lack jurisdiction.

According to the terms of Thomas's "Motion to Correct Sentence," the underlying subject matter of this appeal is the revocation of his first-offender probation. Consequently, Thomas was required to file an application for discretionary appeal to obtain appellate review of the denial of his motion. See OCGA § 5-6-35 (a) (5), (b); *Zamora v. State*, 226 Ga. App. 105, 105 (485 SE2d 214) (1997); *Dean v. State*, 177 Ga. App. 123, 124-125 (1) (338 SE2d 711) (1985). His failure to do so deprives us of jurisdiction over this direct appeal. See *Zamora*, 226 Ga. App. at 105.

Moreover, the record on appeal contains no court orders revoking Thomas's first-offender probation or imposing a new sentence. Absent any such orders, there is no new sentence for this Court to review, even if this appeal were properly before

this Court. For each of these reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*     Clerk's Office, Atlanta,  01/14/2021          *
*     I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*     Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*                                               , Clerk.*